COOLEY LLP
SARAH J. GUSKE (State Bar No. 232467)
(sguske@cooley.com)
WAYNE O. STACY (*pro hac vice*)
(wstacy@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendant
OCLARO, INC.

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
Crystal G. Foley (State Bar No. 224627)
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
Telephone: 310-322-3555
Facsimile: 310-322-3655
E-mail: cfoley@simmonsfirm.com

Paul A. Lesko (*pro hac vice*)
One Court Street
Alton, IL 62002
Telephone: 618-259-2222
Facsimile: 618-259-2251
E-mail: plesko@simmonsfirm.com

Attorneys for Plaintiff
LABYRINTH OPTICAL TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OCLARO, INC.,<br><br>　　　　　Defendants. | Case No. 3:13-CV-02837 EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER TO CONTINUE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE** |

*Whereas*, on July 17, 2013, this Court entered a Case Management Conference Order setting forth deadline for the parties' joint case management statement and setting the date for the case management conference (Dkt. No. 58);

*Whereas*, since the Court's July 17, 2013 Order, the parties have engaged in on-going settlement discussions;

*Whereas*, the parties hereby stipulate to continue the deadlines for one month to

1.

**STIPULATION**
**CASE NO. 3:13-CV-02837-EMC**

1  accommodate the on-going settlement discussions;

2  *It is hereby Stipulated and Ordered that:* The dates for filing a joint case management

3  statement and for the case management conference shall be extended as follows:

4  *So Stipulated:*

| Case Schedule Dates | | |
|---|---|---|
| **Event** | **Original Date** | **Requested Date** |
| Last day to file joint case management statement | September 19, 2013 | October ~~24~~, 2013 31 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 5, 17th Floor, SF at 9:00 AM | September 26, 2013 | ~~October 31, 2013~~ (or on a date thereafter convenient for the Court) Nov. 7, 2013 |

Dated: September 9, 2013     COOLEY LLP


                              /s/*Sarah J. Guske*
                              Sarah J. Guske (232467)

                              Attorneys for Defendant
                              OCLARO, INC.

Dated: September 9, 2013     SIMMONS BROWDER GIANARIS
                              ANGELIDES AND BARNERD LLC


                              /s/*Crystal G. Foley*
                              Crystal G. Foley (224627)

                              Attorneys for Plaintiff
                              LABYRINTH OPTICAL TECHNOLOGIES LLC

*Filer's Attestation re signatures: Sarah J. Guske hereby attests that concurrence in the filing of this document has been obtained.*

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

Dated: September __10__, 2013    (Modified)

_____

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen