| | |
|---|---|
| COOLEY LLP<br>SARAH J. GUSKE (State Bar No. 232467)<br>(sguske@cooley.com)<br>WAYNE O. STACY (*pro hac vice*)<br>(wstacy@cooley.com)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>Telephone:     (720) 566-4000<br>Facsimile:      (720) 566-4099<br><br>Attorneys for Defendant<br>OCLARO, INC. | SIMMONS BROWDER GIANARIS<br>ANGELIDES & BARNERD LLC<br>Crystal G. Foley (State Bar No. 224627)<br>100 N. Sepulveda Blvd., Suite 1350<br>El Segundo, CA  90245<br>Telephone:  310-322-3555<br>Facsimile:  310-322-3655<br>E-mail:  cfoley@simmonsfirm.com<br><br>Paul A. Lesko (*pro hac vice*)<br>One Court Street<br>Alton, IL 62002<br>Telephone:  618-259-2222<br>Facsimile:  618-259-2251<br>E-mail:  plesko@simmonsfirm.com<br><br>Attorneys for Plaintiff<br>LABYRINTH OPTICAL TECHNOLOGIES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OCLARO, INC.,<br><br>　　　　　　　　Defendants. | Case No.  3:13-CV-02837 EMC<br><br>**STIPULATION  AND [P~~ROPO~~SED] ORDER TO CONTINUE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE** |

***Whereas***, on July 17, 2013, this Court entered a Case Management Conference Order setting forth deadline for the parties' joint case management statement and setting the date for the case management conference (Dkt. No. 58);

***Whereas***, since the Court's July 17, 2013 Order, the parties have engaged in on-going settlement discussions;

***Whereas***, the parties hereby stipulate to continue the deadlines for one month to

1  accommodate the on-going settlement discussions;

2  ***It is hereby Stipulated and Ordered that:*** The dates for filing a joint case management
3  statement and for the case management conference shall be extended as follows:

4  *So Stipulated:*

| Case Schedule Dates | | |
|---|---|---|
| **Event** | **Original Date** | **Requested Date** |
| Last day to file joint case management statement | September 19, 2013 | October ~~24~~, 2013 31 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 5, 17th Floor, SF at 9:00 AM | September 26, 2013 | ~~October 31, 2013~~ (or on a date thereafter convenient for the Court)   Nov. 7, 2013 |

Dated: September 9, 2013           COOLEY LLP


                                  /s/*Sarah J. Guske*
                                  Sarah J. Guske (232467)

                                  Attorneys for Defendant
                                  OCLARO, INC.


Dated: September 9, 2013           SIMMONS BROWDER GIANARIS
                                   ANGELIDES AND BARNERD LLC


                                   /s/*Crystal G. Foley*
                                   Crystal G. Foley (224627)

                                   Attorneys for Plaintiff
                                   LABYRINTH OPTICAL TECHNOLOGIES LLC

*Filer's Attestation re signatures: Sarah J. Guske hereby attests that concurrence in the filing of this document has been obtained.*

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

1  Dated: September 10, 2013    (Modified)    _____



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

United States District Court Judge