IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC ) ) ) *Plaintiff*, ) ) v. ) ) OCLARO, INC. ) ) *Defendant*. ) ) | Case No. CV 13-02837 MEJ  *JURY TRIAL DEMANDED* |

## [~~Proposed~~] ORDER FOR DISMISSAL WITH PREJUDICE

Upon the Plaintiff's Motion for Dismissal With Prejudice,

IT IS ORDERED that:

All claims against Defendant Oclaro, Inc. are dismissed with prejudice;

DATED this 30th day of __October__, 2013.  _____

UNITED STATES DISTRICT JUDGE

1