IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC )<br><br>*Plaintiff*, )<br><br>v. )<br><br>OCLARO, INC. )<br><br>*Defendant*. ) | Case No. CV 13-02837 MEJ<br><br>***JURY TRIAL DEMANDED*** |

### [~~Proposed~~] ORDER FOR DISMISSAL WITH PREJUDICE

Upon the Plaintiff's Motion for Dismissal With Prejudice,

IT IS ORDERED that:

All claims against Defendant Oclaro, Inc. are dismissed with prejudice;

DATED this 30th day of _October_, 2013.



_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

1